UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG B. COOPER, | Case No. 18-cv-02951-SI |
| Petitioner, | |
| v. | **JUDGMENT** |
| COURT OF APPEAL FIRST APPELLATE DISTRICT, et al., | |
| Respondents. | |

This action for a writ of mandamus, prohibition or other relief to compel action by the state courts is dismissed because it is legally frivolous.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: July 6, 2018

SUSAN ILLSTON
United States District Judge